## 29109. SWINT v. THE STATE.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 5, 1974.

Jawson D. Swint, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

*Judgment affirmed. All the Justices concur. Gunter and Ingram, JJ., concur specially.*